DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODNEY CHAVERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2608

[February 22, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502015CF012000.

Rodney Chavers, Pahokee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***